U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

SEP 25 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| CALVIN L. REDD<br>LDOC #317023<br>VS.<br><br>WARDEN, WINN CORRECTIONS CENTER | CIVIL ACTION NO. 08-1513<br>SECTION P<br><br>JUDGE WALTER<br>MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation and the Supplemental Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* should be **DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d) and he is not eligible for the benefits of either statutory or equitable tolling; and,

**IT IS FURTHER ORDERED** that the petition be **DISMISSED WITH PREJUDICE** pursuant to the provisions of Rule 4 since it plainly appears from the face of the petition and exhibits that the petitioner is not entitled to relief.

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this 24 day of Sept, 2009.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE